IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL A. THOMPSON**                          **PETITIONER**

v.                    **CASE NO. 5:11CV00292 BSM**

**RAY HOBBS, Director**
**Arkansas Department of Correction**                **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. An appropriate judgment will issue.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, a determination of whether a certificate of appealability should issue must be included in the final order. In section 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). It is hereby found that petitioner has not made a such a showing. Accordingly, the certificate of appealability is denied.

IT IS SO ORDERED this 2nd day of February 2012.

_____
UNITED STATES DISTRICT JUDGE